IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RAYMOND L. ROGERS
Reg. #20787-031                                                                PETITIONER

v.                              No. 2:17-cv-198-DPM

GENE BEASLEY, Warden,
FCI - FORREST CITY MEDIUM                                                      RESPONDENT

### ORDER

On *de novo* review, the Court adopts the recommendation, № 3, and overrules Rogers's objections, № 8. FED. R. CIV. P. 72(b)(3). Rogers can't get the relief he seeks without changes to his underlying conviction or sentence; and nothing in his recent filings changes that conclusion. № 4, 5, 7 & 9. Rogers's § 2241 petition will therefore be dismissed without prejudice for lack of jurisdiction.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2017