IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RAYMOND L. ROGERS
Reg. #20787-031                                              PETITIONER

v.                      No. 2:17-cv-198-DPM

GENE BEASLEY, Warden,
FCI - FORREST CITY MEDIUM                                    RESPONDENT

## JUDGMENT

Rogers's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2017